UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.　　　　　　　　　　　　　　　　　　Case No. 21-30555
　　　　　　　　　　　　　　　　　　　　Originating No. 3:21-cr-36-37

**JOVANTA JOHNSON,**

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JOVANTA JOHNSON,** to answer to charges pending in another federal district, and states:

    1.  On **November 23, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on a Superseding Indictment.  Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(C)-Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; 21 U.S.C. §841(a)(1), 841(b)(1)(C), and 18 U.S.C. §2 - Distribution of Controlled Substance (Fentanyl mixture); 21 U.S.C. §841(a)(1) and 841(b)(1)(C)-Possession with Intent to Distribute Controlled Substance(Fentanyl mixture); and Forfeiture Allegation.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

          Respectfully submitted,

          SAIMA S. MOHSIN
          Acting United States Attorney


          s/Rosemary Gardey
          Assistant U.S. Attorney
          211 W. Fort Street, Suite 2001
          Detroit, MI 48226
          rosemary.gardey@usdoj.gov
          (313) 226-0285


Dated: November 23, 2021